UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

APR 1 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MARIA G. HERNANDEZ, INDIVIDUALLY AND AS NEXT FRIEND OF A.N.C., A MINOR CHILD, AND AS REPRESENTATIVE OF THE ESTATES OF JOSE FREDDY CORTEZ HERNANDEZ AND JUAN DANIEL CORTEZ FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THEIR DEATHS § § § § § § § § § | |
| VS. § | CIVIL ACTION NO. SA04CA0795 |
| § | |
| COOPER TIRE & RUBBER COMPANY, FORD MOTOR COMPANY, WAL-MART STORES, INC. § § § | |
| § | |
| VS. § | |
| § | |
| TROPHY NISSAN, INC. § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the below signed date, came on to be heard and considered the above-entitled and numbered cause, when came all parties by and through their respective attorneys of record, and the parties having announced ready for trial, and the Court having proceeded to hear such cause when the parties announced to the Court that they had entered into an accord and settlement in this cause and that the consideration of such settlement had been paid in full, and the parties have agreed that Judgment should be entered in favor of the Defendants, Wal-Mart Stores, Inc. (alleged to be an Incorrectly and Improperly Named Defendant) and Wal-Mart Stores Texas, L.P., and against Plaintiffs, Maria G. Hernandez, Individually; Maria G. Hernandez, as Next Friend of A.N.C., a Minor; Maria G. Hernandez, as Representative of the Estates of Jose Freddy Cortez Hernandez and Juan Daniel Cortez, Jesus Cortez Gonzalez, Antonia Hernandez, and Lucia Sandoval.

It is therefore, ORDERED, ADJUDGED, AND DECREED that an annuity with a present value of SIXTY THOUSAND FOUR HUNDRED TWENTY SIX DOLLARS

AND 74/100 DOLLARS ($60,426.74) will be purchased for A.N.C., a Minor, by Defendants and said annuity will make the following four (4) lump sum payments:

    (i)   FIFTEEN THOUSAND and NO/100 DOLLARS ($15,000.00) on September 1, 2025 (at age 25).

    (ii)   EIGHTY-TWO THOUSAND, FOUR HUNDRED FIFTEEN DOLLARS AND NO/100 DOLLARS ($82,415.00) on September 1, 2030 (at age 30).

    (iii)   EIGHTY-TWO THOUSAND, FOUR HUNDRED FIFTEEN DOLLARS AND NO/100 DOLLARS ($82,415.00) on September 1, 2035 (at age 35).

    (iv)   EIGHTY-TWO THOUSAND, FOUR HUNDRED FIFTEEN DOLLARS AND NO/100 DOLLARS ($82,415.00) on September 1, 2040 (at age 40).

It is further ORDERED, ADJUDGED AND DECREED that the obligations of Defendants, Wal-Mart Stores, Inc. (alleged to be an Incorrectly and Improperly Named Defendant) and Wal-Mart Stores Texas, L.P., under this judgment shall be discharged upon the funding of the above annuity pursuant to the parties settlement agreement and Uniform Qualified Assignment, attached as Exhibit "A."

It is further ORDERED, ADJUDGED AND DECREED that Maria G. Hernandez, Individually; Maria G. Hernandez, as Next Friend of A.N.C, a Minor; Maria G. Hernandez, as Representative of the Estates of Jose Freddy Cortez Hernandez and Juan Daniel Cortez; Jesus Cortez Gonzalez; Antonia Hernandez; and Lucia Sandoval take nothing by reason of this suit, and that Defendants be discharged and that such Defendants stand fully released, discharged, and acquitted.

The Court, having appointed Raul Rios as Guardian Ad Litem for the Minor Plaintiff, A.N.C., finds that the sum of $ _____ should be paid to Raul Rios as the fee for that representation, with such fee being reasonable and necessary while serving in that capacity. The Court further finds that said fee will be paid by the Defendants and ORDERS that Defendants pay said fee to Raul Rios.

All other claims that have been asserted in this action by any dismissed. Any relief not herein granted is hereby specifically denied.

Each party shall bear its own costs.

SIGNED this 19th day of April 2007.

_____
JUDGE ROYAL FERGUSON

APPROVED BY:

_____
SICO, WHITE & BRAUGH, L.L.P.
Jason Hoelscher
State Bar No. 24010671
802 N. Carancahua, Ste. 900
Corpus Christi, Texas 78470
Telephone: (361) 653-3300
Facsimile: (361) 653-3333

ATTORNEY FOR PLAINTIFFS

_____
DAW & RAY, L.L.P
Willie Ben Daw, III
State Bar No. 05594050
C. Thomas Valentine
State Bar No. 00786303
5718 Westheimer, Suite 1750
Houston, Texas 77057
Telephone: (713) 266-3121
Facsimile: (713) 266-3188

ATTORNEYS FOR DEFENDANTS,
WAL-MART STORES, INC., AN INCORRECTLY
AND IMPROPERLY NAMED DEFENDANT;
AND WAL-MART STORES TEXAS, L.P.


_____
Raul Rios
State Bar No. 16935870
1923 Culebra Rd
San Antonio, Texas 78201
Telephone: (210) 734-0034

GUARDIAN AD LITEM FOR A.N.C., MINOR

# Revised Final Structured Settlement Benefits
## For
### *Angie Nicole Cortez (Female, DOB 09/01/2000)*

2/1/2007

| American General Life Insurance Company | |
|---|---|
| **Description** | **Guaranteed Payments** |
| **Guaranteed Lump Sum Payments** | |
| Pay $15,000.00 On 09/01/2025 (Age 25) | 15,000 |
| Pay $82,415.00 On 09/01/2030 (Age 30) | 82,415 |
| Pay $82,415.00 On 09/01/2035 (Age 35) | 82,415 |
| Pay $82,415.00 On 09/01/2040 (Age 40) | 82,415 |
| **Total Guaranteed Payments** | 262,245 |
| ***TOTAL COST*** | ***$60,426.74*** |

| COMPANY RATINGS | |
|---|---|
| Rating Service | American General |
| A.M. Best | A++, XV |
| Standard and Poor's | AA+ |
| Moody's | Aa1 |
| Fitch (formerly Duff & Phelps) | AA+ |